# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>TROY W. BICKHAM | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number:  **3:16-mj-0007 CMK** |

**THE DEFENDANT:**

[X]  pleaded guilty to count(s):  __1 and 2__ .
[ ]  pleaded nolo contendere to counts(s) _____ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.6(a) | Cut trees not authorized by permit | 10/17/15 | 1 |
| 36 CFR 261.6(h) | Remove fuelwood except as authorized by permit | 10/17/15 | 2 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the COURT within 30 days of any change of name, residence, or mailing address during the term of probation.

_____02/23/16_____
Date of Imposition of Judgment

_Craig M. Kellison_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

_____02/23/16_____
Date

## PROBATION

The defendant is placed on **Unsupervised Probation** for two (2) years, and shall abide by the following standard conditions adopted by the court:

☐ The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance.

**You shall comply with the following special conditions:**

1. The defendant is excluded from entering all federal lands during the term of probation.

## IMPRISONMENT

The defendant is hereby remanded to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: SEVEN (7) days.